Local Form Number LR 3015-1(c) (01/19)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

IN RE: **Marvin Dewayne Chapman**      CASE NO. **19-01308**

Debtor.

**CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN CONTAINING VALUATION, LIEN AVOIDANCE, § 1301 CO-DEBTOR STAY RELIEF, OR CONTAINING A NON- STANDARD PROVISION REQUIRING RULE 7004 SERVICE**

Debtor(s)' chapter 13 plan dated **March 28, 2019** (Doc. **02**) (check all that apply):

☑ seeks to value collateral and cram down one or more secured claims in Part 3.2
☐ seeks to avoid one or more liens in part 3.4
☐ requests termination of the § 1301 co-debtor stay in Part 3.5
☐ contains a nonstandard provision requiring Rule 7004 service

In accordance with Local Rule 3015-1(c), I certify that the creditors whose claims are affected have been served as follows:

| Creditor Name and Address (If the creditor is an entity other than an Insured Depository Institution ("IDI")*, identify, by name and title, the officer, managing agent, general agent, or other agent authorized to receive process to whose attention service was made. If the entity is an IDI, identify, by name and title, the officer to whose attention service was made via certified mail.) | Method of Service |
|---|---|
| SANTANDER CONSUMER USA<br>ATTN: BANKRUPTCY<br>PO BOX 961245<br>FORT WORTH, TX 76161 | ☑ First Class Mail<br><br>☐ Certified Mail No. ___ |

\* Most IDIs are banks, credit unions, or savings & loan associations.

In accordance with Local Rule 3015-1(c), I certify that the § 1301 co-debtor(s) who are subject to the termination of the § 1301 co-debtor stay have been served via First Class U.S. Mail as follows:

| Name and Address | Creditor | Collateral |
|---|---|---|
| | | |

Under penalty of perjury, I declare that the foregoing is true and correct.

| | |
|---|---|
| **March 28, 2019**<br>Date | **/s/ Robert D. Reese**<br>Signature of Attorney for Debtor(s) or pro se Debtor(s) |
| | Name/Address/Telephone/Email<br>**Robert D. Reese**<br>**15 Southlake Lane**<br>**Suite 140**<br>**Birmingham, AL 35244**<br>**(205) 802-2200** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 19-01308-DSC13    Doc 8    Filed 03/28/19    Entered 03/28/19 08:02:42    Desc Main
Document      Page 1 of 1